FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STACEY SULADIE,          )<br>           Plaintiff,            )<br>                                      )<br>           v.                         )   Civil Action No. 05-1279<br>                                      )<br>COMMISSIONER OF SOCIAL  )<br>SECURITY,                    )<br>           Defendant.            )   | |

<u>O   R   D   E   R</u>

AND NOW, this 10th day of April, 2006, after the plaintiff filed a petition seeking review of the determination of the Commissioner of Social Security denying her claim for supplemental security income benefits, and after the parties submitted cross-motions for summary judgment, and after the Report and Recommendation of the United States Magistrate Judge was issued, and the parties were granted ten days after being served with a copy to file written objections thereto, and no objections having been filed, and after independent review of the pleadings, the administrative record, and the Report and Recommendation of the Magistrate Judge, which is incorporated and adopted as the Opinion of this Court,

IT IS ORDERED that the parties' cross-motions for summary judgment (Docket Nos. 8 and 13) are denied without prejudice, and that the matter is remanded to the Commissioner for further development of the extent of the plaintiff's mental condition and whether or not it prevents her from being gainfully employed.

_____
United States District Judge

cc:   All Counsel of Record

      Honorable Robert C. Mitchell
      United States Magistrate Judge